UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6331     CR-ROETTGER

18 USC § 922(g)(1)
21 USC § 841(a)(1)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DERRICK LEE MONTGOMERY,
    a/k/a "Derrick Stringer,"

    Defendant.
_____/



FILED by
NOV 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about November 8, 2000, in Broward County, in the Southern District of Florida, the defendant,

DERRICK LEE MONTGOMERY,
a/k/a "Derrick Stringer,"

having been convicted on or about January 11, 1994, in the Circuit Court, Seventeenth Judicial Circuit, Broward County, Florida, of a crime punishable by imprisonment for a term exceeding one year, that is, possession of cocaine, did knowingly possess a firearm in and affecting commerce, to wit: a F.I.E., .25 caliber semi-automatic pistol, serial number D898040, in violation of Title 18, United States Code, Section 922(g)(1).



**COUNT II**

On or about November 8, 2000, in Broward County, in the Southern District of Florida, the defendant,

DERRICK LEE MONTGOMERY,
a/k/a "Derrick Stringer,"

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

CASE NO. _____

V.

DERRICK MONTGOMERY

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)      Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

___ Miami    ___ Key West
X   FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) NO_____
   List language and/or dialect  _____

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days        X____     Petty      ____
   II   6 to 10 days       ____      Minor      ____
   III  11 to 20 days      ____      Misdem.    ____
   IV   21 to 60 days      ____      Felony      X
   V    61 days and over   ____

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) ____NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached                                            REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:   DERRICK LEE MONTGOMERY   No.: _____

Magistrate Case No.: _____

**Count #:1**
Possession of Firearm by Convicted Felon

Title 18, United States Code, Section 922(g)(1)

*Max. Penalty: 10 years' imprisonment a $250,000 fine

**Count #: 2**
Possession of Cocaine with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: 20 years' Imprisonment; and a $1,000,000 fine

**Count #:**



*Max. Penalty:

**Count #:**



*Max. Penalty:

**Count #:**



*Max. Penalty:

**Count #:**



*Max. Penalty:

1 of 1

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96