## *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

DERRICK MONTGOMERY,

# WARRANT FOR ARREST

CASE NUMBER: $00\text{-}6331\text{-}CR\text{-}MCA$

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __DERRICK MONTGOMERY__

*[FILED by / NOV 30 2000 / CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]*

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition

**charging him or her with** (brief description of offense)
**FELON IN POSSESSION OF A FIREARM**

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

NOVEMBER 30, 2000    FT. LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ *(signature)*

**BARRY S. SELTZER**
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __DERRICK MONTGOMERY_____
ALIAS: _____

LAST KNOWN RESIDENCE:_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT:_____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __ATF- 299 EAST BROWARD BLVD. FORT LAUDERDALE, FL 33301__