FILED by _____ D.C.
JAN 17 2001
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

UNITED STATES OF AMERICA ) Case Number: 00-6331-CR-NCR
        Plaintiff )
         ) **REPORT COMMENCING CRIMINAL ACTION**
  -VS- )
         )
Montgomery, Derrick L )   55615-004
    Defendant    U.S. Marshals Service Number

*************************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE    WEST PALM BEACH
           FT. PIERCE    (Circle one of above)
**NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.**
*************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) **Date** and **Time** of arrest: 01/16/01 @ 330    a.m. / **p.m.**

   **Time** and **Facility** where booked _____

(2) Language Spoken:    English

(3) Offense(s) Charged:    Felon poss. of a firearm + Intent to dist
     Crack cocaine (Arrest warrant)

(4) U.S. Citizen    [X] Yes    [ ] No    [ ] Unknown

(5) Date of Birth:    02/09/1971

(6) Type of Charging Document: (check one)
   [X] Indictment    [ ] Complaint to be filed
                  [ ] Complaint already filed
   Case Number: 00-6331-CR-NCR

   [X] Bench Warrant
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant

   Originating District:    S/Fla
   **COPY OF WARRANT LEFT WITH U.S. MARSHAL?**    [ ] YES    [X] NO

Amount of Bond:    $ PTD

Who set bond:    Snow

Remarks: _____

Date:    1-16-01    Arresting Officer:    Steve McKeon

                       Agency:    ATF

                       Phone:    (954) 938-2971