# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: Derrick Montgomery   CASE NO: 00-6331-Cr-NCR
AUSA: Roger Powell / mlp   ATTY: Bernardo Lopez
AGENT:   VIOL:
PROCEEDING: I/A Indictment   RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no   COUNSEL APPOINTED: FPD
BOND SET @: ___   To be cosigned by: ___

FILED JAN 17 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

Advised of charges
sworn for counsel

Not guilty plea
entered - request
SPO + jury trial

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 1-24 | 10 | BSS | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 2-6 | 11 | SNOW | |

DATE: 1/17/01   TIME: 11 AM   FTL/LSS TAPE # 00- 005   Begin: 2770   End: 3020

4/09