UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6331-CR-ROETTGER

FILED by
JAN 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

vs

DERRICK MONTGOMERY

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 17, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:               Address:__CUSTODY_____

                         _____

                         Telephone:_____

DEFENSE COUNSEL:         Name:____FEDERAL PUBLIC DEFENDER_____

                         Address:_____

                         _____

                         Telephone:_____

BOND SET/CONTINUED:      $____TEMP PTD_____

Bond hearing held: yes_____  no__X__ PTD hearing set for_1/24/01_____

Dated this__17TH__day of _____,2001.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By:_Benny Butler,_____
                                        Deputy Clerk

                                        Tape No._01-005_____

cc: Copy for Judge
    U. S. Attorney

