# United States District Court

___SOUTHERN___ DISTRICT OF ___FLORIDA___   526075

UNITED STATES OF AMERICA

V.

DERRICK MONTGOMERY,

## WARRANT FOR ARREST

CASE NUMBER: $00-6331-CR-MCA$

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DERRICK MONTGOMERY___
                                                                             Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment    | | Information    | | Complaint    | | Order of court    | | Violation Notice    | | Probation Violation Petition

**charging him or her with** (brief description of offense)
**FELON IN POSSESSION OF A FIREARM**

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

___Clarence Maddox___                                     ___Court Administrator/Clerk of the Court___
Name of Issuing Officer                                                        Title of Issuing Officer

_[signature] Jimmy Butler_                          ___NOVEMBER 30, 2000   FT. LAUDERDALE, FLORIDA___
Signature of Issuing Officer                                      Date and Location

                                                                       **BARRY S. SELTZER**
Bail fixed at $ __Pretrial Detention__               by ___UNITED STATES MAGISTRATE JUDGE___
                                                                       Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____     Ft. Lauderdale, FL |

| DATE RECEIVED<br>11/30/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_ |
|---|---|---|
| DATE OF ARREST<br>1/17/01 | | Edward Purchase, SDUSM |

