| | | | |
|---|---|---|---|
| DEFT: | Derrick Montgomery (J)# | CASE NO: | 00-6331-CR-Roettger |
| AUSA: | Roger Powell /Bruce Brown | ATTNY: | FPD / Bob Berube |
| AGENT: | | VIOL: | |
| PROCEEDING: | Bond Hearing | BOND REC: | |

FILED by ___ D.C.
INTAKE
JAN 24 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no   COUNSEL APPOINTED:

BOND SET @ $100,000

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

No Bond hearing held. Both sides stipulate to a $100,000 CSB w/ nebbia, reserving right to proceed w/ PTD hearing at a later date

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 2-6-01   11:00am   LSS
DATE: 1-24-01   TIME: 11:00am   TAPE #: 01-003   PG # 3

2616 - 2710

13/01