UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6331-CR-ROETTGER



UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DERRICK LEE MONTGOMERY,

    Defendant.

_____/

## DEFENDANT'S MOTION TO COMPEL DISCOVERY

The Defendant, Derrick Lee Montgomery, through counsel, files this Motion to Compel Discovery, and states;

The initial appearance of the Defendant was made on January 17, 2001. Defendant Montgomery has remained in custody at the Federal Detention Center since his arrest. On the same date as his first appearance, the Court entered the Standing Discovery Order. The Government was ordered to "produce or make available" the discovery in this case within fourteen days of the entry of this Order.



WHEREFORE, the Defendant, Derrick Lee Montgomery, through counsel, and pursuant to the Standing Discovery Order, requests the production or the availability of the documents as prescribed in the Standing Discovery Order.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *Robert N. Berube (for) Farnsworth*

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 6th day of February, 2000, to Eileen O'Connor, Managing Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*Robert N. Berube Farnsworth (for)*

Robert N. Berube