FILED by ____ D.C.
FEB - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __ANGEL CONTRERAS (no deft.)__ CASE NO: __00-6316-CR-Ferguson__

AUSA __Terry Thompson__ ATTY ~~Alan Glueck~~ Michael
- Deft. has not recieved discovery     Tape # 01-010 (854--953)
- motions due 2/23/01

DEFT __GREGORY PARRISH (no deft.)__ CASE NO: __01-6004-CR-Dimitrouleas__

AUSA __Larry Bardfeld__ ATTY FPD - Patrick Hunt
- Discovery out                         01-010 (733-830)
- motions due 2/20/01

DEFT __DERRICK MONTGOMERY (no deft.)__ CASE NO: ✷ __00-6331-CR-Roettger__ ✷

AUSA __Roger Powell Jeffrey Kay__ ATTY FPD - Patrick Hunt
- Discovery out                         Tape # 01-010
- no pending motions                     (830-854)
- motions due 2/20/01
- 3 days to try.

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __February 6, 2001__ TIME __11:00 A.M.__