UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6331-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

DERRICK MONTGOMERY,  :

    Defendant.  :

**STATUS REPORT**

A status conference was held in this cause on February 6, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery was provided at the status conference.

    2. Counsel for the defendant shall have until February 20, 2001, within which to file pretrial motions.

    3. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this ____ day of February, 2001.

                                      LURANA S. SNOW
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
AFPD Robert Berube (FTL)