UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6331-CR-ROETTGER

UNITED STATES OF AMERICA,       :

    Plaintiff,              :

v.                              :

DERRICK LEE MONTGOMERY,         :

    Defendant.              :
_____

### O R D E R

THIS CAUSE is before the Court on the defendant's Motion to Compel Discovery (filed February 5, 2001), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED as moot.

DONE AND ORDERED at Fort Lauderdale, Florida, this _7th_ day of March, 2001.

                                      *Lurana S. Snow*
                                 LURANA S. SNOW
                       UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
AFPD Robert Berube (FTL)