UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6331-CR-ROETTGER

UNITED STATES OF AMERICA

v

DERRICK LEE MONTGOMERY

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for MONDAY APRIL 9, 2001 at 10:00 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:
   CALENDAR CALL. TRIAL PERIOD BEGINNING APRIL 9, 2001. COUNSEL TO NOTIFY THE COURT IF THE DEFENDANT IS TO ENTER A PLEA.

CLARENCE MADDOX, CLERK

DATED: 3/19/01

BY: _____

Deputy Clerk