## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: DERRICK LEE MONTGOMERY (J)  CASE NO: 00-6331-CR-ROETTGER

AUSA: ~~Obie~~ Roger Powell  ATTY: ROBERT BERUBE

AGENT:  VIOL:

PROCEEDING: BOND HEARING  RECOMMENDED BOND:

BOND HEARING HELD - yes / no  COUNSEL APPOINTED:

BOND SET @: 100,000 PSB  To be cosigned by: Mabel Stringer
Fannie Mae Stringer
by 4-11 @ 9:30

FILED by _____ D.C.
APR 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☒ Rpt to PTS as directed or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☒ Random urine testing by Pretrial Services. ☒ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☒ Reside w/ Roberta Flora
- ☐ Halfway House _____

Stipulated bond set.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 4/9/01  TIME: 11:00  FTL/LSS TAPE # 01 - 019  Begin: 1789  End: 1950

20/DN