UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6331-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DERRICK LEE MONTGOMERY,

    Defendant.

_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR BOND CONSIDERATION

This matter having come before the Court on April 9, 2001, on Defendant's Unopposed Motion to Refer this matter to the Magistrate Judge for Bond Consideration, it is

ORDERED AND ADJUDGED that this case is referred to the Magistrate Judge for bond consideration.

DONE AND ORDERED at Fort Lauderdale, Florida this __9__ day of April, 2001.

NORMAN C. ROETTGER
United States District Court Judge

cc    Robert N. Berube, AFPD
       Roger Powell, AUSA

