HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6331-CR        Date: 4/9/01
Courtroom Clerk: Perez       Court Reporter: Peeves
Probation Officer: _____  Interpreter: _____

Plaintiff(s): USA            Counsel: Powell

Defendant(s): Montgomery     Counsel: Berube

Reason For Hearing: Change of plea

Result of Hearing/Judgment: Court accepts guilty plea; sentencing ~~in seventy~~ after preparation of PSI; ~~defendant to remain in custody~~ issue of bond referred to Magistrate.

Misc.: _____