UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: _00-6331-CR-NCK_
STYLE: _USA v Montgomery_
DATE: _4-27-01_

FILED by __ D.C.
APR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. of FLA. Ft. LAUD.

The Chambers of the Honorable _Snow_
has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

____ Docket this document as a motion for _____

____ Docket this document as a response to the following motion: _____

____ Docket this document as an answer _____

____ Docket this document as _____

____ Docket this as an information matter only and file on the left side of the file.

✓ Other: _Obligatous pages to find_

Signed: _B Butler_
Name: _____
Title: _Mag C K D_

25/

Case No: 00-6331-CR-NCR

CO-SIGNATURE PAGE

Being first duly sworn, I hereby state that I have been asked to sign a personal surety bond in the amount of $ 100,000 on behalf of Derrick Montgomery and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 4th day of 26, 2001.

_Malee Stringer_
Name

4050 Sw 19 Street
Address

Norwood     Fla     33023
City     State     Zip

Sworn and subscribed before me this 4 day of 26, 2001.

_Rita N. Mills_
NOTARY PUBLIC

My Commission Expires:

7-14-2003

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL 33301

Case No: 00-6331-CR-NCR

## CO-SIGNATURE PAGE

Being first duly sworn, I hereby state that I have been asked to sign a personal surety bond in the amount of $ 100,000 on behalf of Derrick Montgomery and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 26 day of April, 2001.

Fannie Stringer
Name

4060 SW 19 St
Address

Hollywood    Fla
City            State       Zip

Sworn and subscribed before me this 26 day of April, 2001.

Delta N. Mills
NOTARY PUBLIC

My Commission Expires:

July 14, 2003

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL 33301