FILED by
JUN 1 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6331-CR-ROETTGER

UNITED STATES OF AMERICA

v

DERRICK LEE MONTGOMERY

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>FRIDAY AUGUST 10, 2001 at 2:30 P.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

SENTENCING

CLARENCE MADDOX, CLERK

DATED: 6/19/01

BY: P. Hart

Deputy Clerk