PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. Derrick Montgomery                    Docket No. 00-6331-CR-NCR

Petition for Action on Conditions of Pretrial Release

COMES NOW David Nuby, Jr., Senior U.S. Pretrial Officer, presenting an official report upon the conduct of defendant Derrick Montgomery Shepard, who was placed under pretrial release supervision by the Honorable Lurana S. Snow, sitting in the Court at Ft. Lauderdale, on April 9, 2001, under the following conditions:

```
- Report to Pretrial as directed;
- Submit to random drug test and/or treatment as deemed
  necessary;
- Travel is restricted to the SD/FL;
```

Respectfully presenting petition for action of Court and for cause as follows.

```
This defendant has made an unsatisfactory adjustment to pretrial
supervision in that he has violated the law on two (2)
occasions. According to arrest reports On May 18,2001, the
defendant was arrested by officers of the Hallandale Police
Department and charged with possession of marijuana with intent
to deliver and possession of marijuana over 20 grams. The
defendant posted bond ($1000.00) on May 19,2001 and was released.
A trial date is pending.
```



PAGE TWO
DERRICK MONTGOMERY
CASE # 00-6331-CR-NCR

In addition, on May 26,2001, the defendant was arrested by deputies of the Broward Sheriff's Office and charged with possession of cocaine. He was released on bond ($1000.00) on the same day. A trial date is also pending in this matter.

Be advised that on May 29,2001 while conducting a routine field visit at the defendant's residence, the defendant advised this officer of the arrest of May 18,2001. He did not advise of the arrest of May 26,2001. This officer discovered this arrest when a records check was conducted.

PRAYING THAT THE COURT WILL ORDER That the defendant's bond be revoked and that a warrant be issued for his arrest pursuant to 18 U.S.C. 3148

ORDER OF COURT

Considered and ordered this ____ day of _____, 19__ and ordered filed and made a part of the records in the above case.

HONORABLE LURANA S. SNOW
U.S. MAGISTRATE JUDGE

Respectfully,

David Nuby, Jr. Senior
U.S. Pretrial Services Officer

Place: Ft. Lauderdale, FL

Date: June 6, 2001