## United States District Court
### for the
### Southern District of Florida

**United States of America**

**v**

## DERRICK MONTGOMERY

### WARRANT FOR ARREST
### Case Number: 00-6331-CR-ROETTGER

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __Derrick Montgomery__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice **X** Pretrial Violation Petition

charging him or her with (brief description of offense): This defendant has violated the law by being in possession of marijuana on May 19,2001, according to an arrest report prepared by the Hallandale Police Department.The defendant also violated the law on May 29,2001 by being in possession of cocaine,according to an arrest report prepared by the Froward Sheriff's Office.

in violation of Title ___18___ United States Code, Section(s) ___3148___

David Noby Jr.  Clarence Maddox
Name of Issuing Officer

Signature or Issuing Officer

Bail fixed at $ NO BAIL

United States Pretrial Services Officer
Title of Issuing Officer

Ft Lauderdale
Date and Location

by _____
HONORABLE LURANA S. SNOW
U.S. MAGISTRATE JUDGE
Name of Judicial Officer

Signature of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Detainer pick up from Dade County Jail by USMS, Miami, FL |

| DATE RECEIVED 6/29/01 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, U.S. Marshal S/District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/30/01 | | John Walker, SDUSM |

