# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ] | CASE NUMBER: CR 00-6331-Cr-Ruettger |
| Plaintiff ] | |
| -vs- ] | REPORT COMMENCING CRIMINAL ACTION |
| ] | |
| MONTGOMERY, DERRICK ] | 55615-004 |
| Defendant | USMS Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: _7-30-01_  AM ___  PM ✓

(2) LANGUAGE SPOKEN: _ENGLISH_

(3) OFFENSE(S) CHARGED: _BOND VIOL_

(4) UNITED STATES CITIZEN: (✓) YES ( ) NO ( ) UNKNOWN

(5) DATE OF BIRTH: _2-9-71_

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [ ] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
    CASE # _00-6331-CR-ROETTGER_
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

AMOUNT OF BOND: $_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _7-30-01_ ARRESTING OFFICER: _____

(10) AGENCY: _USMS_  (11) PHONE: _____

(12) COMMENTS: _____