FILED by ___ D.C.
AUG 2? 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by ___ D.C.
AUG ?
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6331-CK-NCR  Date: 8/22/01
Courtroom Clerk: P. Hart  Court Reporter: Reeves
Probation Officer: present  Interpreter: ___
Plaintiff(s): U.S.A.  Counsel: Powell

Defendant(s): D. Montgomery (J)  Counsel: B. Bierde

Reason For Hearing: Sentencing

Result of Hearing/Judgment: 510 drug treatment program, no fine, 63 months cts (+2 run concur.), 3 yrs S.R., assessment $200.00. Recom: Drug treatment facility, drug substance abuse program, costs of services, search & seizure

Misc.: full-time employ & doc of employment., Coleman