| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| v. | Case No.:00-6331-CR-ROETTGER<br>ORDER |
| DERRICK LEE MONTGOMERY,<br>_____Defendant._____/ | |

THIS CAUSE is before the Court upon letter of defendant requesting a recommendation by the probation department for substance abuse treatment during incarceration. Upon consideration of the letter and the record in this cause, it is

ORDERED AND ADJUDGED that the probation department review this matter to determine if a recommendation is appropriate.

DONE AND ORDERED this __4__ day of __NN__, 2002.

```
                            NORMAN C. ROETTGER
                            UNITED STATES DISTRICT COURT JUDGE
```

cc: counsel of record

