PROB 19a  
SD/FL PACTS No. 66911

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6331-CR-ROETTGER

U.S.A. vs DERRICK LEE MONTGOMERY

526075

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Derrick Lee Montgomery | Male | Black | 38 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 4050 SW 19 Street, Hollywood, Florida |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| United States District Court, Southern District of Florida | August 22, 2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| United States District Court, Miami, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Steven M. Larimore | [signature] | 4-21-08 |

## RETURN

| Warrant received and executed. | DATE RECEIVED 4/21/2008 | DATE EXECUTED 4/28/2008 |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) FORT LAUDERDALE, FL |
|---|

| NAME Christina Pharo, US Marshal, SDFL | (BY) Sabrina Livingston, ASDUSM | DATE 4/28/2008 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

37