# COURT MINUTES
## U.S. MAGISTRATE JUDGE EDWIN G. TORRES - COURTROOM EAST

DATE: 4/30/08  TIME: 1:30 PM  PAGE: 8

DEFT: DERRICK LEE MONTGOMERY (J)  CASE NO: 00-6331-CR-MOORE
AUSA: William White  55615-004  ATTY: Sabrina Puglisi
AGENT: _____  VIOL: SUPERVISED RELEASE VIOLATION
PROCEEDING: INITIAL APPEARANCE  RECOMMENDED BOND: _____
BOND/PTD CONTESTED HRG - yes / no  CNSL APP'T: _____
BOND SET @: _____  To be cosigned by: _____
INTERPRETER: —

Disposition: Δ sworn — (Appt AFPD)

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: _____
- ☐ Home Confinement/Electronic Monitoring/Curfew ____ paid by _____
- ☐ Other _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: Detention | | | | |
| PTD BOND HEARING: Probable Cause | ✓ 5-5-08 | 10:00 | | |
| PRELIM/ARRAIGN OR REMOVAL: | ✓ 5-5-08 | 10:00 | | |
| STATUS CONFERENCE | | | | |

TAPE No. 07-E-31  Begin: 2811  TIME IN COURT: _____