UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6331-CR-MOORE

UNITED STATES OF AMERICA

    Plaintiff,

v.

DERRICK LEE MONTGOMERY
    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language _English_
Tape No. 08-E-_31-28 U_
AUSA _William White_
Agent _____

YOB: 1971       #55615-004

The above-named defendant having been arrested on _4/29/08_ having appeared before the court for initial appearance on _4/30/08_ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _AFPD (Sabrina Puglisi)_ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on ____Probable Cause____, 2008.
4. ~~Arraignment/Preliminary/Removal/Identity~~ hearing is set for _10am  5-5_, 2008.
5. The defendant is held in temporary ~~pretrial~~ detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _5-5_, 2008.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____

This bond shall contain the <u>standard</u> conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
__ a. Surrender all passports and travel documents to the Pretrial Services Office.
__ b. Report to Pretrial Services as follows: __as directed, ____ times a week by phone, ___ times a week in person; other:
__ c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__ d. Maintain or actively seek full time gainful employment.
__ e. Maintain or begin an educational program.
__ f. Avoid all contact with victims of or witnesses to the crimes charged.
__ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__ h. Comply with the following curfew: _____
__ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

\_\_ j. Comply with the following additional special conditions of this bond: _____
_____
_____

This bond was set:   At Arrest_____
                     On Warrant _____
                     After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is\_\_
_____
_____
_____

\_\_\_If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this <u>30TH</u> day of<u> APRIL, 2008.</u>

_____
UNITED STATES MAGISTRATE JUDGE
EDWIN G. TORRES

c: Assistant U.S. Attorney
   Defense Counsel
   US Probation