

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff
-vs-
Montgomery, Derrick Lee
    Defendant

CASE NUMBER: CR- 00-6331-CR-Moore

REPORT COMMENCING CRIMINAL ACTION

55615-004
USMS NUMBER

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT   (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

1) DATE AND TIME OF ARREST: 4/29/08   AM   (PM)

2) LANGUAGE SPOKEN: Eng

3) OFFENSE(S) CHARGED: Sup Rel Violation

DATE OF BIRTH: 2/9/71

TYPE OF CHARGING DOCUMENT: (CHECK ONE)
{ } INDICTMENT   { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{✓} PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORINGINATING DISTRICT: S/FL

REMARKS: _____

(7) DATE: _____   (8) ARRESTING OFFICER: _____

(9) AGENCY: _____   (10) PHONE: _____

(11) COMMENTS: _____