UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  00-6331-CR-MOORE

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

DERRICK LEE MONTGOMERY,
        Defendant.
_____/

### DEFENDANT'S INVOCATION OF RIGHTS
### TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his or her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to:  matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials,

or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By:    *s/ Sabrina D. Puglisi*
      Sabrina D. Puglisi
      Assistant Federal Public Defender
      Florida Bar No. 324360
      150 West Flagler Street, Suite 1700
      Miami, Florida 33130
      Tel: 305-530-7000 / Fax: 305-536-4559
      E-Mail: sabrina_puglisi@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **May 2, 2008**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        *s/ Sabrina D. Puglisi*
        Sabrina D. Puglisi

## SERVICE LIST
## UNITED STATES v. DERRICK LEE MONTGOMERY
## CASE NO.  00-6331-CR-MOORE

**United States District Court, Southern District of Florida**

Sabrina D. Puglisi
sabrina_puglisi@fd.org
Federal Public Defender
150 W. Flagler St., Suite 1700
Miami, FL 33130-1556
Telephone:(305) 530-7000
Facsimile: (305) 536-4559
Attorney for Derrick Montgomery
Service Via CM/ECF

U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132
Telephone:(305) 961-9100
Facsimile: (305) 530-7976
Attorney for the Government
Service Via CM/ECF

Kristen Moberg
U.S.  Probation Officer
6100 Hollywood Boulevard, Suite 501
Hollywood, Florida 33024-7938
Telephone: (954) 769-5570
Facsimile: (954) 769-9125
Service via U.S. Mail

                                           *s/Sabrina D. Puglisi*
                                           Sabrina D. Puglisi