# COURT MINUTES
## U.S. MAGISTRATE JUDGE ROBERT L DUBE' - COURTROOM VII

DATE: MAY 5, 2008  TIME: 10:00 A.M.  PAGE: 5

DEFT: DERRICK LEE MONTGOMERY (J) #55615-004  CASE NO: 00-6331-CR-MOORE

AUSA: M Christin  ATTY: AFPD Sabrina Puglisi

AGENT: PO Linder  VIOL: SUPERVISED RELEASE VIOLATION

PROCEEDING: DETENTION/PROBABLE CAUSE  RECOMMENDED BOND: TEMP DETENTION

BOND/PTD CONTESTED HRG - yes / no  CJA APP'T:

BOND SET @:  To be cosigned by:  INTERPRETER:

Disposition: Waiver of P/C Executed 25,000 CSB/No BB 1v 50,000 BB Co-Signor/Nita Hearing held

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☒ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person — Probation
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☒ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☒ Maintain or seek full-time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ___
- ☒ Home Confinement/Electronic Monitoring/Curfew ___ paid by Probation
- ☐ Other ___

NEXT COURT APPEARANCE: DATE:  TIME:  JUDGE:  PLACE:
REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

TAPE No. 08H-52  Begin: 1132  TIME IN COURT: 10