UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6331-CR-MOORE

UNITED STATES OF AMERICA,
        Plaintiff,

v.

DERRICK L. MONTGOMERY,

        Defendant.
_____/

**WAIVER OF PROBABLE CAUSE HEARING**

I, Derrick Lee Montgomery, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to _____.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on _____, my right to _____.

DATED: May 3, 2008

_____
Defendant

_____
Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to a Probable Cause hearing.

DATED this 5th day of May, 2008, at Miami, Florida, Southern District of Florida.

TAPE NO.: 08H-52-1132

**ROBERT L. DUBE**
UNITED STATES MAGISTRATE JUDGE

c: AUSA, Defense Counsel, Probation, U.S. Marshal