UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6331-Cr-Moore

UNITED STATES OF AMERICA,
        Plaintiff,

v.

DERRICK LEE MONTGOMERY,
        Defendant.
_____/

**NOTICE OF ASSIGNMENT**

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Vincent P. Farina. Please direct any future inquiries, pleadings or correspondence to Vincent P. Farina on behalf of the Defendant Derrick Lee Montgomery.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

BY:    s/ Vincent P. Farina
        Vincent P. Farina
        Assistant Federal Public Defender
        Florida Bar No. 0784370
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130-1556
        Tel: 305-530-7000/Fax: 305-536-4559
        E-Mail Address: Vincent_Farina@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on May 8, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      s/ Vincent P. Farina
      Vincent P. Farina

# SERVICE LIST

## United States of America v. Derrick Lee Montgomery

### Case No. 00-6331-Cr-Moore

### United States District Court, Southern District of Florida

| | |
|---|---|
| Vincent P. Farina, AFPD | Roger Powell, AUSA |
| Vincent_Farina@fd.org | Roger.Powell@usdoj.gov |
| Federal Public Defender's Office | United States Attorney's Office |
| 150 West Flagler Street | 99 N.E. 4th Street |
| Suite 1700 | Suite 600 |
| Miami, Florida 33130 | Miami, Florida 33132 |
| Telephone: 305/530-7000 | Telephone: 305/961-9000 |
| Facsimile: 305/536-4559 | Facsimile: 305/530-7976 |
| Attorney for Defendant | Attorney for United States |
| CM/ECF | CM/ECF |

J:\Montgomery, Derrick Lee Reg55615-004\Pleadings\ASSIGN.NOT