UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06331-CR-MOORE

**UNITED STATES OF AMERICA,**

    Plaintiff(s),

vs.

**DERRICK LEE MONTGOMERY**
**#55616-004,**

    Defendant(s).
_____/

**NOTICE OF FINAL HEARING ON**
**REVOCATION OF SUPERVISED RELEASE**

PLEASE TAKE NOTICE that the above-styled cause has been set for a hearing on defendant's violation of supervised release on **June 26, 2008 at 3:00 p.m.** before the Honorable K. MICHAEL MOORE, United States District Judge at the Wilkie D. Ferguson, Jr., United States Courthouse, Courtroom 13-1, 400 North Miami Avenue, Miami, Florida 33128-1812.

    DATED at Miami, Florida, this __9th__ day of May, 2008.

STEVEN M. LARIMORE, Clerk

_Robin Godwin_
Robin Godwin, Courtroom Deputy
Judge Moore's Chambers
robin_godwin@flsd.uscourts.gov

Copies Furnished to:

All counsel and pro se parties of record