UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06331-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

DERRICK LEE MONTGOMERY
#55616-004,

    Defendant(s).
_____/

NOTICE RESCHEDULING HEARING

PLEASE TAKE NOTICE that the hearing in the above-styled cause set for June 26, 2008 **has been rescheduled to June 25, 2008 at 3:00 p.m.,** before the Honorable K. MICHAEL MOORE, United States District Judge Courtroom 13-1, Wilkie D. Ferguson, Jr., United States Courthouse, 400 North Miami Avenue, Miami, Florida.

DATED at Miami, Florida, this __6th__ day of June, 2008.

STEVEN M. LARIMORE, Clerk

_____
Robin Godwin, Courtroom Deputy
robin_godwin@flsd.uscourts.gov

Copies Furnished to:

All counsel and pro se parties of record