UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06331-CR-MOORE

**UNITED STATES OF AMERICA,**

    Plaintiff(s),

vs.

**DERRICK LEE MONTGOMERY**
**#55616-004,**

    Defendant(s).
_____/

## NOTICE RESCHEDULING HEARING

PLEASE TAKE NOTICE that the hearing in the above-styled cause reset for July 10, 2008 **has been rescheduled to July 31, 2008 at 10:00 a.m.,** before the Honorable K. MICHAEL MOORE, United States District Judge Courtroom 13-1, Wilkie D. Ferguson, Jr., United States Courthouse, 400 North Miami Avenue, Miami, Florida.

DATED at Miami, Florida, this __10th__ day of July, 2008.

STEVEN M. LARIMORE, Clerk

Robin Godwin, Courtroom Deputy
robin_godwin@flsd.uscourts.gov

Copies Furnished to:

All counsel and pro se parties of record