UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06331-CR-MOORE

**UNITED STATES OF AMERICA,**

    Plaintiff(s),
vs.

**DERRICK LEE MONTGOMERY**
**#55616-004,**

    Defendant(s).
_____/

COURT MINUTES
July 31, 2008
Time: 15 minutes

| | |
|---|---|
| TYPE OF HEARING: | Supervised Release Violation |
| PLAINTIFF'S COUNSEL: | Jaime Raich, AUSA |
| DEFENSE COUNSEL: | Vincent Farina, AFPD |
| PROBATION OFFICER: | Kristin Moberg, USPO |
| INTERPRETER: | None |
| CLERK: | Robin Godwin |
| REPORTER: | Dawn Whitmarsh |
| PROCEEDINGS AT HEARING: | Defendant admits to violation. Court finds Defendant guilty and REVOKES supervised release. Defendant committed to the custody of the Bureau of Prisons for a term of 24 Months, followed by supervised release for a term of 12 Months. |