UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06331-CR-MOORE

**UNITED STATES OF AMERICA,**

      Plaintiff(s),

vs.

**DERRICK LEE MONTGOMERY
#55616-004,**

      Defendant(s).
_____/

## JUDGMENT FOR REVOCATION

THIS CAUSE came before the Court for hearing on July 31, 2008 on a violation of supervised release.

The Court having considered the record and having heard argument of counsel, it is

ORDERED AND ADJUDGED that the Defendant's sentence of supervised release is hereby **REVOKED,** and the Defendant is committed to the custody of the Bureau of Prisons for a term of TWENTY FOUR (24) MONTHS.

Upon release from imprisonment the Defendant shall be on supervised release for a term of TWELVE (12) MONTHS.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody fo the Bureau of Prisons.

    The Defendant shall not commit another federal, state or local crime.
    The defendant shall not illegally possess a controlled substance.
    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. The defendant shall comply with the standard conditions that have been adopted by this Court.

Case No. 00-06331-CR-MOORE

All other terms and conditions of the Court's Original *Judgment in a Criminal Case* remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida this 31st day of July, 2008.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record